IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRONIKI GATES,

    Plaintiff,

v.

STARBUCKS CORPORATION,

    Defendant.
_____/

No. C 09-01272 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On June 19, 2009, Plaintiff filed a motion to remand, which was noticed for hearing on July 30, 2009. On July 6, 2009, this matter was reassigned to this Court, and Plaintiff has renoticed the motion for hearing on August 28, 2009. It is HEREBY ORDERED that Defendant's opposition to the motion shall be due by no later than July 20, 2009. Plaintiff's reply shall be due by no later than July 27, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If either party wishes to modify this briefing schedule, that party must submit a request to the Court demonstrating good cause for any such request.

**IT IS SO ORDERED.**

Dated: July 6, 2009

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE