IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRONIKI GATES,<br><br>    Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 09-02702 JSW<br><br>**AMENDED ORDER SETTING BRIEFING SCHEDULE** |

**This Order is amended solely to correct the case number reflected in the caption.**

On June 19, 2009, Plaintiff filed a motion to remand, which was noticed for hearing on July 30, 2009. On July 6, 2009, this matter was reassigned to this Court, and Plaintiff has renoticed the motion for hearing on August 28, 2009. It is HEREBY ORDERED that Defendant's opposition to the motion shall be due by no later than July 20, 2009. Plaintiff's reply shall be due by no later than July 27, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If either party wishes to modify this briefing schedule, that party must submit a request to the Court demonstrating good cause for any such request.

    **IT IS SO ORDERED.**

Dated: July 6, 2009

                                        JEFFREY S. WHITE<br>                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California