# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Androniki Gates, individually and on behalf
of other persons similarly situated,

        Plaintiff(s),

v.

Starbucks Corporation

        Defendant(s).
_____/

CASE NO. CV09-2702 (JSW)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*   Private mediation
(Mediator TBD)

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline   TBD pending resolution of dispute re case status and venue

Dated: Oct. 2, 2009

                      /s/ Gregory N. Karasik
                      Attorney for Plaintiff

Dated: Oct. 2, 2009

                      /s/ Mark R. Curiel
                      Attorney for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
~~Non-binding Arbitration~~
~~Early Neutral Evaluation (ENE)~~
~~Mediation~~
~~Private ADR~~

Deadline for ADR session
~~90 days from the date of this order.~~
other  If the motion for interlocutory appeal is denied, within 90 days of the date of that Order. If the motion for interlocutory appeal is granted, within 90 days of the resolution of the appeal.

IT IS SO ORDERED.

Dated: October 2, 2009

*/s/ Jeffrey S. White*

~~UNITED STATES MAGISTRATE JUDGE~~
UNITED STATES DISTRICT JUDGE