1 Gregory N. Karasik, SBN 115834
  Spiro Moss LLP
2 11377 W. Olympic Blvd., Fifth Floor
  Los Angeles, CA 90064-1683
3 Telephone    310-235-2468
  Fax:         310-235-2456
4 greg@spiromoss.com

5 Attorneys for Plaintiff
  ANDRONIKI GATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRONIKI GATES, individually and on behalf of other persons similarly situated, | Case No. CV 09-2702 JSW |
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION FOR CONTINUANCE OF MOTION HEARING AND [proposed] ORDER THEREON** |
| STARBUCKS CORPORATION, | |
| Defendant. | Current Hearing Date: December 18, 2009<br>Proposed Hearing Date: January 22, 2010 |

Plaintiff Androniki Gates ("Plaintiff") and defendant Starbucks Corporation ("Defendant"), by and through their respective counsel, enter into the following Stipulation for Continuance of Motion Hearing and mutually request the Court to approve this Stipulation and enter an order in accordance therewith as proposed herein.

### STIPULATION

1. On November 6, 2009, Defendant filed a motion to dismiss or, in the alternative, to transfer this action to the Central District of California. Defendant's motion is scheduled for hearing on December 18, 2009. Defendant contends that the case of *York v. Starbucks Corporation*, which has been pending in the Central District since December 2, 2008, includes the same claim asserted by Plaintiff and the same putative class Plaintiff seeks to represent.

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING

1  2. On October 9, 2009, Plaintiff filed in the Ninth Circuit a petition for permission to appeal from the Court's order denying Plaintiff's motion for remand, which this Court certified for interlocutory appeal pursuant to 28 U.S.C. Section 1292(b).

3. On November 9, 2009 Defendant filed a motion for summary adjudication in the *York* action. That motion is scheduled for hearing on November 30, 2009.

4. A ruling by the Ninth Circuit on Plaintiff's petition for appeal and/or a ruling on Defendant's motion for summary judgment in the *York* action will likely render moot the motion in this action presently scheduled for hearing on December 19, 2009. If the Ninth Circuit grants Plaintiff's petition for appeal, the parties will mutually request a stay pending ultimate resolution by the Ninth Circuit of the jurisdictional issue to be decided on appeal. If the Ninth Circuit denies Plaintiff's petition for appeal and Defendant's motion for summary adjudication is denied, the parties will stipulate to a transfer of this action to the Central District. If the Ninth Circuit denies Plaintiff's petition for appeal and Defendant's motion for summary adjudication is granted, the *York* action may no longer include any of the claims asserted by Plaintiff in this action. The parties anticipate rulings on Plaintiff's petition for permission to appeal and Defendant's motion for summary adjudication within a few weeks.

5. To conserve their own and the Court's resources, the parties mutually request that the hearing on Defendant's motion presently scheduled for December 18, 2009 be continued until January 22, 2010.

Dated: November 24, 2009    SPIRO MOSS LLP

By: /s/ Gregory N. Karasik
    Gregory N. Karasik

Attorneys for Plaintiff
ANDRONIKI GATES

Dated: November 24, 2009    AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Mark R. Curiel
    Mark R. Curiel

Attorneys for Defendant
STARBUCKS CORPORATION

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING

1

## ORDER

Good cause having been shown, the foregoing Stipulation is hereby approved and it is hereby ordered that the hearing on Defendant's motion to dismiss, or in the alternative, for transfer to the Central District of California, shall be continued to January 22, 2010.

If a further continuance is required, the parties shall file a further stipulation to that effect prior to January 22, 2010.

Dated: <u>November 30, 2009</u>

*/s/ Jeffrey S. White*
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28