1   **AKIN GUMP STRAUSS HAUER & FELD LLP**
    GREGORY W. KNOPP (SBN 237615)
2   MARK R. CURIEL (SBN 222749)
    CYNTHIA S. CHOU (SBN 246330)
3   GALIT A. KNOTZ (SBN 252962)
    gknopp@akingump.com
4   mcuriel@akingump.com
    cchou@akingump.com
5   gknotz@akingump.com
    2029 Century Park East, Suite 2400
6   Los Angeles, California 90067-3012
    Telephone:    310-229-1000
7   Facsimile:    310-229-1001

8   Attorneys for STARBUCKS CORPORATION

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  ANDRONIKI GATES, individually          Case No. CV09-2702 JSW
    and on behalf of other persons
15  similarly situated,                    **STIPULATION TO TRANSFER CASE
                                           TO THE CENTRAL DISTRICT OF
16              Plaintiff,                  CALIFORNIA AND [PROPOSED]
                                           ORDER THEREON**
17      v.

18  STARBUCKS CORPORATION,                 Date Action Filed:    May 18, 2009

19              Defendant.                 Date Action Removed:  June 17, 2009

20

21

22

23

24

25

26

27

28

6424630                                              Case No. CV09-2702 JSW
        STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT
            OF CALIFORNIA AND [PROPOSED] ORDER THEREON

1            Plaintiff Androniki Gates ("Plaintiff") and Defendant Starbucks Corporation

2 ("Defendant"), by and through their respective counsel, enter into a Stipulation to

3 Transfer this Case to the Central District of California based upon the following facts:

4           1.      On November 6, 2009, Defendant filed a motion to dismiss or, in the

5 alternative, to transfer this action to the Central District of California. Defendant's

6 motion was scheduled for hearing on December 18, 2009. Defendant contends that the

7 case of *York v. Starbucks Corporation*, Case No. 08-CV-07919, which has been pending

8 in the Central District since December 2, 2008, includes the same claim asserted by

9 Plaintiff and the same putative class Plaintiff seeks to represent.

10           2.      On October 9, 2009, Plaintiff filed in the Ninth Circuit a petition for

11 permission to appeal from the Court's order denying Plaintiff's motion for remand,

12 which this Court had certified for interlocutory appeal pursuant to 28 U.S.C. Section

13 1292(b).

14           3.      On November 9, 2009 Defendant filed a motion for summary adjudication

15 in the *York* action.

16           4.      On November 24, 2009, the parties filed a stipulation to continue the

17 hearing date on Defendant's motion to dismiss/transfer to January 22, 2010, which this

18 Court approved on November 30, 2009. In that stipulation, the parties agreed, *inter*

19 *alia*, that they would stipulate to transfer this action to the Central District if the Ninth

20 Circuit denied Plaintiff's petition for appeal and the *York* court denied Defendant's

21 motion for summary adjudication.

22           5.      On December 3, 2009, the *York* court denied Defendant's motion for

23 summary adjudication.

24           6.      On December 9, 2009, the Ninth Circuit denied Plaintiff's petition for

25 appeal.

26

27

28

1

Case No. CV09-2702 JSW

STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT
OF CALIFORNIA AND [PROPOSED] ORDER THEREON

1     THEREFORE, THE PARTIES HEREBY STIPULATE that the January 22, 2010

2  hearing be taken off calendar, and this action be transferred to the Central District.

3     **IT IS SO STIPULATED.**

4

5  Dated:  December 17, 2009         AKIN GUMP STRAUSS HAUER &
                                 FELD LLP

6

7                                By   */s/ Mark R. Curiel*
                                        Mark R. Curiel

8                            Attorneys for Defendant
                           STARBUCKS CORPORATION

9

10

11  Dated:  December 17, 2009         SPIRO MOSS LLP

12

13                                By   */s/ Gregory N. Karasik*
                                      Gregory N. Karasik

14                            Attorneys for Plaintiff
                           ANDRONIKI GATES

15

16

17     **IT IS SO ORDERED**.

18

19  Dated:   December 18     , 2009   By

20                                       Hon. Jeffrey S. White
                          Judge of the United States District Court

21

22

23

24

25

26

27

28

STIPULATION TO TRANSFER CASE TO THE CENTRAL DISTRICT
OF CALIFORNIA AND [PROPOSED] ORDER THEREON